**Order filed June 11, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00360-CV
_____

**EUGANIEL EZELL, Appellant**

**V.**

**PERCY GRAYS, Appellee**

---

**On Appeal from County Civil Ct at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1046449**

---

## O R D E R

The notice of appeal in this case was filed May 6, 2014. A partial clerk's record was filed May 19, 2014. The record reflects appellant filed an affidavit to proceed without advance payment of costs on appeal. On May 13, 2014, the trial court signed an order sustaining a contest to appellant's claim of indigence.

Texas Rule of Appellate Procedure 20.1 governs the procedures to establish indigence on appeal. See Tex. R. App. P. 20.1. The rule requires a party claiming

indigence who seeks review of the trial court's order sustaining a contest to file his challenge "within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later." Tex. R. App. P. 20.1(j)(2). As of this date, appellant has not filed a motion challenging the trial court's order.

Accordingly, appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **June 26, 2014**. See Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM